IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ronhilde J. Gillingham, : 
                  Appellant : 
                   : 
           v. :    No. 2532 C.D. 2015
                   : 
County of Delaware : 

## **O R D E R**

NOW, March 27, 2017, having considered appellant's application for reargument *en banc*, and appellee's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge